171 A.3d 618

**TINSLEY**

v.

**STARR**

**Pet. Docket No. 239, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 549, Sept. Term, 2016).

Petition for writ of certiorari denied.

171 A.3d 618

**TRUSTY**

v.

**WARD**

**Pet. Docket No. 227, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 2571, Sept. Term, 2015).

Petition for writ of certiorari denied.